# EXHIBIT 1

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| TX 4-556-514 | TX-6-543-260 | VA 1-668-088 |
| TX 4-556-511 | TX 6-543-478 | VA 1-667-585 |
| TX 4-556-482 | VA 996-673 | VA 1-668-082 |
| TX 4-556-510 | VA 1-085-670 | VA 1-668-087 |
| TX 4-556-475 | VA 1-177-241 | VA 1-667-609 |
| TX 4-556-541 | VA 1-230-966 | VA 1-667-593 |
| TX 4-812-575 | VA 1-289-550 | VA 1-429-248 |
| TX 4-813-355 | VA 1-289-549 | VA 1-429-257 |
| TX 4-812-793 | VA 1-289-701 | VA 1-428-773 |
| TX 4-813-026 | VA 1-289-809 | VA 1-429-274 |
| TX 4-812-972 | VA 1-308-126 | VA 1-429-275 |
| TX 4-813-344 | VA 1-308-085 | VA 1-429-273 |
| TX 4-813-338 | VA 1-308-128 | VA 1-429-244 |
| TX 4-813-390 | VA 1-337-645 | VA 1-429-255 |
| TX 5-172-229 | VA 1-313-176 | VA 1-429-277 |
| TX 5-201-630 | VA 1-351-877 | VA 1-429-243 |
| TX 5-217-598 | VA 1-359-323 | VA 1-429-246 |
| TX 5-328-427 | VA 1-377-136 | VA 1-428-774 |
| TX 5-328-528 | VA 1-377-240 | VA 1-429-256 |
| TX 5-328-636 | VA 1-394-707 | VA 1-429-223 |
| TX 5-488-941 | VA 1-401-366 | VA 1-429-276 |
| TX 5-488-942 | VA 1-410-598 | VA 1-429-245 |
| TX 5-451-806 | VA 1-407-570 | VA 1-429-261 |
| TX 5-452-020 | VA 1-422-627 | VA 1-429-453 |
| TX 5-452-132 | PA 776-173 | VA 1-429-260 |
| TX 5-452-254 | PA 955-019 | VA 1-429-456 |
| TX 5-452-489 | VA 987-612 | VA 1-429-455 |
| TX 5-802-012 | VA 1-026-167 | VA 1-429-454 |
| TX 5-802-272 | PA 1-205-443 | VA 1-428-771 |
| TX 5-802-273 | PA 1-198-697 | VA 1-429-224 |
| TX 5-910-170 | VA 1-667-605 | VA 1-429-225 |
| TX 5-910-171 | VA 1-667-615 | VA 1-428-768 |
| TX 6-058-397 | VA 1-668-086 | VA 1-429-175 |
| TX 5-910-331 | VA 1-668-235 | VA 1-428-772 |
| TX 6-114-746 | VA 1-668-090 | VA 1-428-769 |
| TX 6-114-841 | VA 1-668-085 | VA 1-429-172 |
| TX 6-115-010 | VA 1-668-084 | VA 1-429-171 |
| TX 6-346-157 | VA 1-667-612 | VA 1-428-770 |
| TX 6-346-128 | VA 1-667-601 | VA 1-429-458 |
| TX 6-203-680 | VA 1-667-595 | VA 1-428-759 |
| TX 6-203-677 | VA 1-668-083 | VA 1-429-457 |

PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-184 | VA 1-391-552 | VA 1-410-400 |
| VA 1-429-185 | VA 1-396-363 | VA 1-410-401 |
| VA 1-429-461 | VA 1-396-364 | VA 1-410-402 |
| VA 1-428-761 | VA 1-396-365 | VA 1-410-403 |
| VA 1-429-183 | VA 1-396-366 | VA 1-410-404 |
| VA 1-428-760 | VA 1-396-367 | VA 1-410-405 |
| VA 1-429-182 | VA 1-396-368 | VA 1-410-406 |
| VA 1-429-186 | VA 1-396-369 | VA 1-410-407 |
| VA 1-428-758 | VA 1-396-370 | VA 1-410-408 |
| VA 1-429-460 | VA 1-396-371 | VA 1-410-409 |
| VA 1-429-459 | VA 1-396-372 | VA 1-410-410 |
| VA 1-428-507 | VA 1-396-373 | VA 1-410-411 |
| VA 1-428-506 | VA 1-396-374 | VA 1-410-596 |
| VA 1-428-509 | VA 1-396-375 | VA 1-410-597 |
| VA 1-428-508 | VA 1-396-376 | VAu 735-094 |
| VA 1-428-510 | VA 1-396-377 | VAu 735-095 |
| VA 1-426-142 | VA 1-396-378 | VAu 735-096 |
| VA 1-426-288 | VA 1-396-379 | VAu 735-097 |
| VA 1-426-290 | VA 1-396-380 | VAu 735-098 |
| VA 1-426-149 | VA 1-396-381 | VAu 735-099 |
| VA 1-426-292 | VA 1-396-382 | VA 1-356-952 |
| VA 1-426-291 | VA 1-396-383 | VA 1-356-951 |
| VA 1-426-294 | VA 1-396-384 | VA 1-347-289 |
| VA 1-426-147 | VA 1-396-385 | VA 1-337-664 |
| VA 1-426-144 | VA 1-396-386 | VA 1-337-644 |
| VA 1-426-148 | VA 1-396-387 | VAu 671-253 |
| VA 1-426-146 | VA 1-396-388 | VA 1-313-231 |
| VA 1-426-145 | VA 1-396-389 | VA 1-340-262 |
| VA 1-426-289 | VA 1-396-390 | VAu 702-953 |
| VA 1-426-150 | VA 1-396-391 | VA 1-377-135 |
| VA 1-426-151 | VA 1-396-392 | VA 1-425-191 |
| VA 1-426-293 | VA 1-396-393 | VA 1-369-768 |
| VA 1-426-141 | VA 1-396-394 | VA 1-386-685 |
| VA 1-426-143 | VA 1-396-395 | VA 1-424-074 |
| VA 1-391-545 | VA 1-396-396 | VA 1-397-049 |
| VA 1-391-546 | VA 1-396-397 | VA 1-397-064 |
| VA 1-391-547 | VA 1-401-160 | VA 1-397-061 |
| VA 1-391-548 | VA 1-401-161 | VA 1-397-057 |
| VA 1-391-549 | VA 1-401-363 | VA 1-397-060 |
| VA 1-391-550 | VA 1-401-364 | VA 1-397-051 |
| VA 1-391-551 | VA 1-401-365 | VA 1-397-067 |

PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-397-054 | VA 1-629-382 | VA 1-429-169 |
| VA 1-397-063 | VA 1-629-378 | VA 1-429-219 |
| VA 1-397-053 | VA 1-629-369 | VA 1-429-163 |
| VA 1-397-052 | VA 1-629-373 | VA 1-429-444 |
| VA 1-397-062 | VA 1-628-769 | VA 1-429-168 |
| VA 1-397-056 | VA 1-628-767 | VA 1-429-167 |
| VA 1-397-055 | VA 1-628-766 | VA 1-429-177 |
| VA 1-397-071 | VA 1-628-773 | VA 1-429-733 |
| VA 1-397-050 | VA 1-429-272 | VA 1-429-736 |
| VA 1-397-070 | VA 1-429-448 | VA 1-428-561 |
| VA 1-397-059 | VA 1-429-447 | VA 1-428-554 |
| VA 1-397-058 | VA 1-429-280 | VA 1-428-513 |
| VA 1-631-257 | VA 1-429-265 | VA 1-428-549 |
| VA 1-631-247 | VA 1-429-268 | VA 1-428-548 |
| VA 1-631-228 | VA 1-429-446 | VA 1-428-552 |
| VA 1-631-253 | VA 1-429-266 | VA 1-428-516 |
| VA 1-631-232 | VA 1-429-445 | VA 1-428-511 |
| VA 1-631-261 | VA 1-429-267 | VA 1-428-512 |
| VA 1-631-244 | VA 1-429-282 | VA 1-428-524 |
| VA 1-631-235 | VA 1-429-279 | VA 1-428-523 |
| VA 1-631-242 | VA 1-429-449 | VA 1-428-527 |
| VA 1-631-229 | VA 1-429-164 | VA 1-428-567 |
| VA 1-631-255 | VA 1-429-209 | VA 1-428-562 |
| VA 1-631-250 | VA 1-429-206 | VA 1-428-563 |
| VA 1-667-297 | VA 1-429-207 | VA 1-428-555 |
| VA 1-641-522 | VA 1-429-165 | VA 1-428-557 |
| VA 1-641-518 | VA 1-429-218 | VA 1-428-564 |
| VA 1-630-387 | VA 1-429-210 | VA 1-428-558 |
| VA 1-630-389 | VA 1-429-204 | VA 1-428-559 |
| VA 1-651-767 | VA 1-429-160 | VA 1-428-526 |
| VA 1-630-331 | VA 1-429-462 | VA 1-428-525 |
| VA 1-630-329 | VA 1-429-161 | VA 1-428-515 |
| VA 1-630-374 | VA 1-429-221 | VA 1-428-546 |
| VA 1-629-765 | VA 1-429-194 | VA 1-428-543 |
| VA 1-630-377 | VA 1-429-176 | VA 1-428-547 |
| VA 1-630-365 | VA 1-429-220 | VA 1-428-514 |
| VA 1-630-384 | VA 1-429-208 | VA 1-428-522 |
| VA 1-630-334 | VA 1-429-162 | VA 1-428-517 |
| VA 1-641-527 | VA 1-429-166 | VA 1-428-521 |
| VA 1-630-341 | VA 1-429-211 | VA 1-428-520 |
| VA 1-630-363 | VA 1-429-222 | VA 1-428-518 |

PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-735 | VA 1-428-565 | VA 1-429-238 |
| VA 1-429-683 | VA 1-428-551 | VA 1-429-271 |
| VA 1-429-662 | VA 1-428-566 | VA 1-429-862 |
| VA 1-429-732 | VA 1-428-544 | VA 1-429-180 |
| VA 1-429-730 | VA 1-428-550 | VA 1-429-855 |
| VA 1-429-663 | VA 1-428-556 | VA 1-429-232 |
| VA 1-429-708 | VA 1-428-528 | VA 1-429-858 |
| VA 1-428-519 | VA 1-429-731 | VA 1-429-234 |
| VA 1-429-664 | VA 1-429-727 | VA 1-429-859 |
| VA 1-428-560 | VA 1-429-617 | VA 1-429-247 |
| VA 1-428-734 | VA 1-429-170 | VA 1-428-756 |
| VA 1-428-740 | VA 1-429-201 | VA 1-429-249 |
| VA 1-429-741 | VA 1-429-202 | VA 1-428-757 |
| VA 1-429-019 | VA 1-429-203 | VA 1-428-755 |
| VA 1-428-733 | VA 1-429-684 | VA 1-429-251 |
| VA 1-428-731 | VA 1-429-682 | VA 1-429-237 |
| VA 1-429-016 | VA 1-429-685 | VA 1-429-235 |
| VA 1-429-017 | VA 1-429-677 | VA 1-428-540 |
| VA 1-429-018 | VA 1-429-850 | VA 1-625-653 |
| VA 1-429-737 | VA 1-429-849 | VA 1-428-539 |
| VA 1-429-738 | VA 1-428-744 | VA 1-428-536 |
| VA 1-429-254 | VA 1-429-852 | VA 1-428-533 |
| VA 1-428-730 | VA 1-428-743 | VA 1-428-530 |
| VA 1-429-740 | VA 1-428-742 | VA 1-428-541 |
| VA 1-429-739 | VA 1-429-860 | VA 1-428-538 |
| VA 1-428-732 | VA 1-428-745 | VA 1-428-535 |
| VA 1-429-868 | VA 1-429-853 | VA 1-428-531 |
| VA 1-429-857 | VA 1-429-851 | VA 1-428-537 |
| VA 1-429-863 | VA 1-428-765 | VA 1-428-534 |
| VA 1-429-865 | VA 1-429-250 | VA 1-428-542 |
| VA 1-429-866 | VA 1-428-763 | VA 1-428-529 |
| VA 1-429-864 | VA 1-428-775 | VA 1-428-532 |
| VA 1-429-867 | VA 1-429-178 | VA 1-428-596 |
| VA 1-646-315 | VA 1-428-766 | VA 1-429-721 |
| VA 1-646-305 | VA 1-429-179 | VA 1-429-693 |
| VA 1-646-312 | VA 1-429-856 | VA 1-429-692 |
| VA 1-646-300 | VA 1-429-181 | VA 1-429-720 |
| VA 1-646-269 | VA 1-429-269 | VA 1-429-719 |
| VA 1-646-273 | VA 1-428-764 | VA 1-429-723 |
| VA 1-428-545 | VA 1-428-767 | VA 1-429-722 |
| VA 1-428-553 | VA 1-429-270 | VA 1-429-694 |

PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-728 | VA 1-429-464 | VA 1-430-299 |
| VA 1-429-691 | VA 1-429-474 | VA 1-430-291 |
| VA 1-429-712 | VA 1-429-468 | VA 1-430-293 |
| VA 1-429-714 | VA 1-429-477 | VA 1-430-294 |
| VA 1-429-717 | VA 1-429-467 | VA 1-430-295 |
| VA 1-429-718 | VA 1-429-442 | VA 1-430-297 |
| VA 1-429-695 | VA 1-429-466 | VA 1-430-296 |
| VA 1-429-713 | VA 1-429-443 | VA 1-201-268 |
| VA 1-429-715 | VA 1-429-465 | VA 1-201-269 |
| VA 1-429-696 | VA 1-429-469 | VA 1-201-270 |
| VA 1-429-697 | VA 1-429-441 | VA 1-202-770 |
| VA 1-429-716 | VA 1-429-476 | VA 1-202-771 |
| VA 1-429-190 | VA 1-429-475 | VA 1-289-553 |
| VA 1-429-191 | VA 1-429-473 | VA 1-289-554 |
| VA 1-429-192 | VA 1-430-323 | VA 1-289-555 |
| VA 1-429-213 | VA 1-430-311 | VA 1-289-556 |
| VA 1-429-239 | VA 1-430-312 | VA 1-289-557 |
| VA 1-429-240 | VA 1-430-315 | VA 1-289-558 |
| VA 1-429-241 | VA 1-430-310 | VA 1-289-559 |
| VA 1-429-242 | VA 1-430-309 | VA 1-289-560 |
| VA 1-429-229 | VA 1-430-307 | VA 1-289-561 |
| VA 1-429-954 | VA 1-430-306 | VA 1-289-562 |
| VA 1-429-212 | VA 1-430-305 | VA 1-289-563 |
| VA 1-429-215 | VA 1-430-320 | VA 1-289-564 |
| VA 1-429-216 | VA 1-430-321 | VA 1-289-565 |
| VA 1-429-283 | VA 1-430-322 | VA 1-289-566 |
| VA 1-429-231 | VA 1-430-300 | VA 1-289-567 |
| VA 1-428-754 | VA 1-430-319 | VA 1-289-568 |
| VA 1-428-753 | VA 1-430-301 | VA 1-289-569 |
| VA 1-429-924 | VA 1-430-308 | VA 1-289-570 |
| VA 1-429-195 | VA 1-430-317 | VA 1-289-571 |
| VA 1-429-230 | VA 1-430-314 | VA 1-289-572 |
| VA 1-429-472 | VA 1-430-316 | VA 1-289-573 |
| VA 1-429-214 | VA 1-430-313 | VA 1-289-574 |
| VA 1-429-952 | VA 1-430-318 | VA 1-289-575 |
| VA 1-428-752 | VA 1-430-302 | VA 1-289-576 |
| VA 1-429-953 | VA 1-430-487 | VA 1-289-577 |
| VA 1-429-955 | VA 1-430-303 | VA 1-289-578 |
| VA 1-429-956 | VA 1-430-304 | VA 1-289-579 |
| VA 1-429-470 | VA 1-430-298 | VA 1-289-580 |
| VA 1-429-471 | VA 1-430-292 | VA 1-289-581 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-289-582 | VA 1-377-517 | VA 1-669-421 |
| VA 1-289-583 | VA 1-377-518 | VA 1-669-444 |
| VA 1-289-584 | VA 1-377-519 | VA 1-669-441 |
| VA 1-289-585 | VA 1-377-520 | VA 1-668-099 |
| VA 1-289-586 | VA 1-377-521 | VA 1-668-232 |
| VA 1-289-587 | VA 1-377-522 | VA 1-668-236 |
| VA 1-289-588 | VA 1-391-557 | VA 1-289-551 |
| VA 1-289-589 | VA 1-391-558 | VA 1-289-552 |
| VA 1-307-980 | VA 1-392-864 | VA 1-231-092 |
| VA 1-307-981 | VA 1-424-033 | VA 1-231-093 |
| VA 1-307-982 | VA 1-424-077 | VA 1-397-502 |
| VA 1-307-983 | VAu 735-091 | VA 1-208-244 |
| VA 1-307-984 | VAu 735-092 | VA 1-208-275 |
| VA 1-307-985 | VAu 735-093 | VA 1-208-295 |
| VA 1-307-986 | VA 1-429-681 | VA 1-221-373 |
| VA 1-307-987 | VA 1-429-701 | VA 1-230-967 |
| VA 1-307-988 | VA 1-429-680 | VA 1-254-823 |
| VA 1-308-081 | VA 1-429-670 | VA 1-289-666 |
| VA 1-308-127 | VA 1-429-700 | VA 1-289-704 |
| VA 1-308-134 | VA 1-429-667 | VA 1-289-705 |
| VA 1-308-135 | VA 1-429-666 | VA 1-301-850 |
| VA 1-308-138 | VA 1-429-703 | VA 1-301-851 |
| VA 1-321-524 | VA 1-429-702 | VA 1-301-852 |
| VA 1-321-525 | VA 1-428-729 | VA 1-391-325 |
| VA 1-321-526 | VA 1-429-668 | VA 1-391-326 |
| VA 1-321-527 | VA 1-429-525 | VA 1-392-589 |
| VA 1-345-740 | VA 1-429-669 | VA 1-392-590 |
| VA 1-345-741 | VA 1-668-096 | VA 1-397-075 |
| VA 1-345-742 | VA 1-668-230 | VA 1-397-076 |
| VA 1-345-743 | VA 1-668-237 | VA 1-397-077 |
| VA 1-345-744 | VA 1-668-094 | VA 1-401-162 |
| VA 1-345-745 | VA 1-668-101 | VA 1-289-661 |
| VA 1-345-746 | VA 1-669-420 | VA 1-289-662 |
| VA 1-345-747 | VA 1-668-093 | VA 1-289-663 |
| VA 1-345-748 | VA 1-668-107 | VA 1-289-664 |
| VA 1-377-246 | VA 1-668-245 | VA 1-428-736 |
| VA 1-377-247 | VA 1-668-103 | VA 1-429-258 |
| VA 1-377-248 | VA 1-668-109 | VA 1-428-741 |
| VA 1-377-249 | VA 1-668-105 | VA 1-429-253 |
| VA 1-377-509 | VA 1-668-097 | VA 1-429-259 |
| VA 1-377-516 | VA 1-668-231 | VA 1-429-173 |

PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-174 | VA 1-645-643 | VA 1-430-578 |
| VA 1-429-252 | VA 1-645-681 | VA 1-429-009 |
| VA 1-429-734 | VA 1-645-667 | VA 1-430-581 |
| VA 1-429-661 | VA 1-645-712 | VA 1-289-667 |
| VA 1-429-660 | VA 1-645-714 | VA 1-429-200 |
| VA 1-429-659 | VA 1-645-711 | VA 1-430-579 |
| VA 1-429-698 | VA 1-645-720 | VA 1-429-707 |
| VA 1-429-690 | VA 1-645-655 | VA 1-428-762 |
| VA 1-429-689 | VA 1-646-246 | VA 1-429-022 |
| VA 1-429-688 | VA 1-646-239 | VA 1-429-029 |
| VA 1-429-673 | VA 1-646-232 | VA 1-429-028 |
| VA 1-429-672 | VA 1-646-216 | VA 1-430-583 |
| VA 1-429-657 | VA 1-646-211 | VA 1-429-012 |
| VA 1-429-699 | VA 1-646-247 | VA 1-428-738 |
| VA 1-429-676 | VA 1-646-257 | VA 1-428-739 |
| VA 1-429-658 | VA 1-646-259 | VA 1-429-011 |
| VA 1-429-671 | VA 1-646-201 | VA 1-429-021 |
| VA 1-429-678 | VA 1-646-223 | VA 1-429-023 |
| VA 1-429-675 | VA 1-429-854 | VA 1-429-026 |
| VA 1-429-674 | VA 1-429-205 | VA 1-429-025 |
| VA 1-429-679 | VA 1-429-861 | VA 1-429-027 |
| VA 1-429-686 | VA 1-429-262 | VA 1-429-199 |
| VA 1-429-687 | VA 1-428-746 | VA 1-429-008 |
| VA 1-321-521 | VA 1-429-217 | VA 1-428-737 |
| VA 1-321-523 | VA 1-429-618 | VA 1-429-197 |
| VA 1-308-137 | VA 1-430-010 | VA 1-429-196 |
| VA 1-321-522 | VA 1-429-228 | VA 1-429-198 |
| VA 1-308-136 | VA 1-429-227 | VA 1-430-580 |
| VA 1-308-089 | VA 1-429-619 | VA 1-429-024 |
| VA 1-308-090 | VA 1-430-013 | VA 1-429-020 |
| VA 1-308-082 | VA 1-430-012 | VA 1-664-342 |
| VA 1-308-083 | VA 1-430-011 | VA 1-664-344 |
| VA 1-308-084 | VA 1-430-008 | VA 1-664-331 |
| VA 1-429-704 | VA 1-429-620 | VA 1-664-328 |
| VA 1-429-705 | VA 1-429-622 | VA 1-664-338 |
| VA 1-429-706 | VA 1-429-621 | VA 1-664-335 |
| VA 1-407-581 | VA 1-429-236 | VAu 323-589 |
| VA 1-646-292 | VA 1-428-751 | VAu 353-439 |
| VA 1-646-281 | VA 1-429-226 | VAu 353-448 |
| VA 1-645-715 | VA 1-429-263 | VAu 353-469 |
| VA 1-645-629 | VA 1-429-010 | VAu 353-504 |

PERFECT 10'S COPYRIGHT REGISTRATIONS

| | |
|---|---|
| VAu 353-511 | VAu 514-094 |
| VAu 514-094 | VAu 323-589 |
| VAu 514-122 | VAu 353-439 |
| VAu 537-932 | VAu 353-448 |
| VAu 537-946 | VAu 353-469 |
| VAu 537-983 | VAu 353-504 |
| VAu 538-018 | VAu 353-511 |
| VAu 586-191 | VAu 514-122 |
| VAu 590-160 | VAu 514-176 |
| VAu 590-169 | VAu 517-389 |
| VAu 590-327 | VAu 517-394 |
| VAu 590-420 | VAu 517-395 |
| VAu 628-821 | VAu 537-932 |
| VAu 628-822 | VAu 537-946 |
| VAu 653-235 | VAu 537-983 |
| VAu 653-253 | VAu 538-018 |
| VAu 686-179 | VAu 586-191 |
| VAu 686-736 | VAu 590-160 |
| VAu 686-737 | VAu 590-169 |
| VAu 702-997 | VAu 590-327 |
| VAu 756-442 | VAu 590-420 |
| VAu 687-568 | VAu 628-821 |
| VAu 687-569 | VAu 628-822 |
| VAu 687-570 | VAu 653-235 |
| VAu740-679 | VAu 653-253 |
| VAu-517-394 | VAu 686-179 |
| VAu-517-389 | VAu 686-736 |
| VAu 517-395 | VAu 686-737 |
| VAu 514-176 | VAu 687-568 |
| VAu740-680 | VAu 687-569 |
| VAu 740-678 | VAu 687-570 |
| | VAu 702-997 |
| | VAu 740-678 |
| | VAu 740-679 |
| | VAu 740-680 |
| | VAu 756-442 |

# EXHIBIT 2

Jay's Wanderings, isabelle-funaro



# JAY'S WANDERINGS



**REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER**

4,195 followers

0 0 7 2 4 8

hit counter

SUBSCRIBE

ARCHIVE

ASK ME

ANYTHING

MY OTHER WORK

Follow

Theme by Andrew

isabelle-funaro

**1 YEAR AGO**




# EXHIBIT 3





nudissima:

Luba Shumeyko

© Tumblr, Inc.    Help    About    Developers    Themes    Meetups    Jobs    Terms

# EXHIBIT 4



Notification of Claimed Infringement: John Maloney

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):

419 Park Avenue South, Suite 807
New York, NY 10016

**Telephone Number of Designated Agent:** 917-797-8527

**Facsimile Number of Designated Agent:** 212-779-2143

**Email Address of Designated Agent:** john@tumblr.com

Signature of Officer or Representative of the Designating Service Provider:

Date: 8/25/09

Typed or Printed Name and Title: JOHN MALONEY   PRESIDENT

09   04 - 2009

# EXHIBIT 5

| | |
|---|---|
| **From:** | "Norman Z" <normanz@earthlink.net> |
| **To:** | <john@tumblr.com> |
| **Sent:** | Wednesday, September 28, 2011 9:14 PM |
| **Attach:** | infringments.pdf |
| **Subject:** | DMCA Notice |

September 28, 2011

Dear Mr. Maloney,

Your company appears to be hosting copyrighted images belonging to my company.  I have attached a number of images that you need to remove. Every image of a model on the attached Adobe file is copyrighted by my company.   Please provide me with the names, addresses, email addresses, and telephone numbers of the individuals who have posted the attached images.

I swear under penalty of perjury that a) I have a good faith belief that the use of the copyrighted material in the manner complained of in this notice is not authorized by the copyright holder Perfect 10, Inc., its agent, or the law, b) that the information in this notification is accurate, to the best of my knowledge, and c) that I am authorized to act on behalf of the owner of the exclusive rights in the material which is being infringed.


Norm Zada, Ph.D.
Perfect 10, Inc.
310-476-0700
normanz@eathlink.net



# Cord46

Soulful evocations. Cravings. True Religion.

HOME

ARCHIVE

SUBSCRIBE (RSS)

ASK ME ANYTHING

RANDOM POST

CATCHING ELEPHANT IS A THEME BY ANDY TAYLOR

Search. Then hit enter.





REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

isabella funaro

not "karen"

REBLOGGED FROM THEWHITENESS

# ISABELLE FUNARO

– PERMALINK   POSTED 6 MONTHS AGO   TWEET THIS   323 NOTES

cosmiccaravan **liked this**

cosmiccaravan **reblogged this from** onehandedtypist

domlapa **liked this**

lustisa4letterword **liked this**

fuckyoualexis **liked this**

hiddenphotos **reblogged this from** iddoherinanewyorkminute

# thegovernor



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





Search

⊙ My blog  ○ All of Tumblr

+ Follow on tumblr.

RSS Feed   Random

Archive   Mobile

© 2009-2011   Powered by Tumblr

cord46:

   Alessandra Correa

(via cord46)

Reblogged 7 months ago from cord46 (originally from          47 notes
cord46)

                                       Source: cord46



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



**twoteetotwotwo:**

2    to 22

Monika Zsibrita

(via **pairofowls**)



# Musings

11/9/10

REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

**Welcome! 18+ only, please. Definitely NSFW! I post great pics of women that I find on Tumblr and the internet. I hope you enjoy them. Male, 40+, love to hear from you.**

**I make no claim of owning these images. If you see something here that belongs to you, and you want it taken down, simply send me a message.**

i pledge to read
in unseen . n
the printed word

♂

view archive

Ask me anything

Submit

botanybay:

52800 morika zsibrita 20 123 166lo (#707604) | free image hoster: upload.skins.be

(via threadbarebeauty)

- softcorecly reblogged this from s-828
- justanaverageJoe liked this
- s-828 liked this
- JJustcantshutthehelup liked this
- sammy3 reblogged this from threadbarebeauty
- sammy3 liked this
- overactiveaddiction reblogged this from larryhoover420
- larryhoover420 reblogged this from tln1mvk7
- larryhoover420 liked this
- tln1mvk7 reblogged this from threadbarebeauty