# EXHIBIT 6

| | |
|---|---|
| **From:** | "Norman Z" <normanz@earthlink.net> |
| **To:** | <john@tumblr.com> |
| **Sent:** | Saturday, October 08, 2011 10:19 PM |
| **Attach:** | Infringing images.pdf |
| **Subject:** | DMCA Notice |

October 8, 2011


Dear Mr. Maloney,

Your company appears to be hosting copyrighted images belonging to my company. I have attached a number of images that you need to remove. Every image of a model in the attached Adobe file is copyrighted by my company. I have in some cases placed next to the infringing image, the URL of that image on Perfect 10's website. Please provide me with the names, addresses, email addresses, and telephone numbers of the individuals who have posted the attached images.


Most if not all of the images in this notice appear on perfect10.com. Please let me know if you would like a complimentary username and password. Perfect 10 has exclusive rights to all of the images identified in this notice. Under no circumstances is anyone other than Perfect 10 allowed to make copies of such images of any size, or place ads around such images. Please remove all such images from your servers, and keep them off. Please also remove all images from your servers that display Perfect 10 copyright notices.

I swear under penalty of perjury that a) I have a good faith belief that the use of the copyrighted material in the manner complained of in this notice is not authorized by the copyright holder Perfect 10, Inc., its agent, or the law, b) that the information in this notification is accurate, to the best of my knowledge, and c) that I am authorized to act on behalf of the owner of the exclusive rights in the material which is being infringed.

Please contact me if you have any questions about this notice.

Norm Zada, Ph.D.
Perfect 10, Inc.
310-476-0700
normanz@eathlink.net



# Cord46

Soulful evocations. Cravings. True Religion.

HOME

ARCHIVE

SUBSCRIBE (RSS)

ASK ME ANYTHING

RANDOM POST

CATCHING ELEPHANT IS A THEME BY ANDY TAYLOR

Search. Then hit enter.

**REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER**

# XENIA SZABO

~ PERMALINK    POSTED 1 YEAR AGO    TWEET THIS

http://sbdopw7nlw7.members.perfect10.com/index.php?load=gallery&action=view&name=Xenia_Szabo&f=Xenia_Szabo_09.jpg



+ Follow    Join **tumblr.**

# Cord46

Soulful evocations. Cravings. True Religion.

HOME

ARCHIVE

SUBSCRIBE (RSS)

ASK ME ANYTHING

RANDOM POST

CATCHING ELEPHANT IS A THEME BY ANDY TAYLOR

Search. Then hit enter.

http://sbdopw7nlw7.members.perfect10.com/index.php?load=gallery&action=view&name=Alexandra_Berejnova&f=Alexandra_Berejnova_mag_05.jpg

**REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER**



Alexandra Berejnova

(Source: sealpond.net)

ORIGINALLY FROM AMA2K46    REBLOGGED FROM CATFISHLIPS

# ALEXANDRA BEREJNOVA

– PERMALINK    POSTED 8 MONTHS AGO    TWEET THIS    93 NOTES

mimanoentuculo **reblogged this from** klyptokitty

sensitivecrimes **reblogged this from** enginesofcreation

forgirl **liked this**

itsmrnastytime **liked this**

mister-g **liked this**

enginesofcreation **reblogged this from** modelstorm



http://
sbdopw7nlw7.me
mbers.perfect10.
com/index.php?
load=gallery&acti
on=view&name=
Vibe_Sorenson&f

REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

*Vibe Sorenson*



NSFW PICS

HOME

ARCHIVE

RSS

ASK

RANDOM

http://
sbdopw7nlw7.members.perfect10.com/
index.php?
load=gallery&action=view&name=Vibe
Sorenson&f=Vibe_Sorenson_49.jpg




REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

dailyporno:

Vibe Sorenson

Posted on Tuesday, Jul 5, 2011 at 1:39pm with 19 notes.

onapedestal reblogged this from dailyporno

omniscientus liked this



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

On A Pedestal - dailyporno: Vibe Sorenson

dailyporno:

http://onapedestal.tumblr.com/post/7878710616/dailyporno-vibe-sorenson[10/5/2011 5:06:01 PM]

pinto: Vibe Sorenson - visual clips

http://
sbdopw7nlw7.members.perfect10.com/
index.php?
load=gallery&action=view&name=Vibe_So
renson&f=Vibe_Sorenson_11_lg.jpg



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

http://jetoystk.tumblr.com/post/6510281961/pinto-vibe-sorenson [10/5/2011 5:06:47 PM]

pinto



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

GEKKO'S, pinto: Vibe Sorenson

http://jpdingekko.tumblr.com/post/653782431/pinto-vibe-sorenson[10/5/2011 5:07:08 PM]



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

REBLOG PHOTOS





HOME
RANDOM
ARCHIVE
RSS



http://
sbdopw7nlw7.me
mbers.perfect10.
com/index.php?
load=gallery&acti
on=view&name=
Vibe_Sorenson&f

REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER



Vibe Sorensen

(via )

Posted May 3, 2011 at 1 47am | 65 notes

# EXHIBIT 7

| | |
|---|---|
| **From:** | "Norman Z" <normanz@earthlink.net> |
| **To:** | <john@tumblr.com> |
| **Sent:** | Saturday, October 08, 2011 10:34 PM |
| **Attach:** | infringing 2.pdf |
| **Subject:** | DMCA Notice |

October 8, 2011

Dear Mr. Maloney,

Your company appears to be hosting copyrighted images belonging to my company.  I have attached a number of images that you need to remove.  Every image of a model in the attached Adobe file is copyrighted by my company.   I have in some cases placed next to the infringing image, the URL of that image on Perfect 10's website.  Please provide me with the names, addresses, email addresses, and telephone numbers of the individuals who have posted the attached images.

Most if not all of the images in this notice appear on perfect10.com.  Please let me know if you would like a complimentary username and password.  Please remove all images from your servers that display Perfect 10 copyright notices.

I swear under penalty of perjury that a) I have a good faith belief that the use of the copyrighted material in the manner complained of in this notice is not authorized by the copyright holder Perfect 10, Inc., its agent, or the law, b) that the information in this notification is accurate, to the best of my knowledge, and c) that I am authorized to act on behalf of the owner of the exclusive rights in the material which is being infringed.

Please contact me if you have any questions about this notice.

Norm Zada, Ph.D.
Perfect 10, Inc.
310-476-0700
normanz@eathlink.net



25TH JAN 2011 | 5 NOTES







(via **artistsmodels**)

 **greatsexscavenge** reblogged this from **bodiesfaces**

 **greatsexscavenge** liked this

 **bodiesfaces** reblogged this from **perverz-allat**

 **bodiesfaces** liked this

 **perverz-allat** reblogged this from **yesnoevenif**

 **perverz-allat** liked this

 **pointone** liked this

 **tln1mwk7** reblogged this from **xtxlava**



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



**enginesofcreation:**

**nsfwarchive:**

**nsfwarchive: best porn sites:**

**lnbq:**





**legsonawall:**

The ultimate ass.

 **vilhelmh** reblogged this from **blueeyes4413**

**blueeyes4413** liked this

**blueeyes4413** reblogged this from **bulldog1706**

**agentedennis** liked this

**bulldog1706** liked this

**bulldog1706** reblogged this from **lookin2fuck**



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



http://
sbdopw7nlw7.members.perfect10.com/
index.php?
load=gallery&action=view&name=Luba_Ka
zakova&f=Luba_Kazakova_Hgr_02.jpg

**puffytorpedoes:**

**Sveba** from **Hegre-Art**

preliminarydeviance liked this

sofrickinpretty liked this

eaglepowder liked this

encuevao liked this



## REDACTED TO DISCOURAGE
## UNAUTHORIZED COPYING FROM PACER



**puffytorpedoes**:

**Sveba** from **Hegre-Art**

---

🟥 **s-828** liked this

🖼 **enjoyeye** reblogged this from **fuckyeahoppai**

🖼 **perverz-allat** reblogged this from **tumblrlover1**

🖼 **tumblrlover1** liked this



+ Follow    Join **tumblr.**

# /tagged/me

archive  rss  ask





Here ya go, Scarlett Johansson fans.

Posted 7 months ago with 76 notes

 *bunches0331* liked this

 *hornyones* reblogged this from *filthyminded*

 *markstugots* liked this

 *marblemisfits* liked this

 *marblemisfits* reblogged this from *filthyminded*

 *jimjam22* liked this

 *assortedjams* reblogged this from *asian-nymphomania*

 *whatilike2* liked this

 *things-that-catch-my-attention* reblogged this from *filthyminded*

 *asian-nymphomania* reblogged this from

# Musings

09/18/10



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**

Welcome! 18+ only, please. Definitely NSFW! I post great pics of women that I find on Tumblr and the internet. I hope you enjoy them. Male, 40+, love to hear from you.

I make no claim of owning these images. If you see something here that belongs to you, and you want it taken down, simply send me a message.

i pledge to read
the printed word

☿

view archive

**Ask me anything**

**Submit**

http://sbdopw7nlw7.members.perfect10.com/index.php?load=gallery&action=view&name=Muriel_Makowitz&f=Muriel_Makowitz_19.jpg

90dspecial: tm58: xtulava: crisisfetish: . . . - Musings

90dspecial:

tm58:

xtulava:

crisisfetish:

teberns:

POOL

nondesciption liked this

foxalive **reblogged this from** morallymisguided

morallymisguided **reblogged this from** ladyvatcher

shyonesfuckbest **reblogged this from** dayanilamazamickkokusu

pornikitch **reblogged this from** realnudes

pigsflavorlepics liked this

dayanilamazamickkokusu **reblogged this from** realnudes

realnudes **reblogged this from** nakedioxrice

onteh **reblogged this from** horneyhoneys-o

http://sunmy3.tumblr.com/post/1145200755/90dspecial-tm58-xtulava-crisisfetish[10/6/2011 8:52:09 PM]



# Cord46

Soulful evocations. Cravings. True Religion.

HOME

ARCHIVE

SUBSCRIBE (RSS)

ASK ME ANYTHING

RANDOM POST

CATCHING ELEPHANT IS A THEME BY ANDY TAYLOR

Search. Then hit enter.





(via art-or-porn)

REBLOGGED FROM ART-OR-PORN

– PERMALINK    POSTED 1 YEAR AGO    TWEET THIS    33 NOTES

glwt reblogged this from thisbeats

forgirl liked this

gebitan liked this

gebitan reblogged this from diaspora99

tm58 reblogged this from art-or-porn

dreidreidrei liked this

wumf reblogged this from diaspora99

sir-jasper-says-spread-em liked this

aneldecaveira liked this

michealsingleton liked this

# Erotic Journey

Search







Me - 40's male. Endlessly fascinated by all things sexual. Some reblogs, some concealed friends, some might include me (you'll have to ask which ones). I'm relatively normal in all respects, I just have a penchant for erotic photography- ranging from sublime to rather naughty.

If you are underage please wait until your prefrontal cortex is more fully formed before you return.

I'm happy to post pics you send me (provided I like them). You can reach me at twotootango at hotmail. Please put 22tango in subject line, that way I know it isn't spam.

- Ask me anything
- Submit
- Archive
- RSS

*Floaty theme designed by Micah*

Full image link →

*Marketa Belonoha 2*

(via dasein0830)

Source: croth123

＋ Follow    ▲ Join tumblr.

# Tim Markable

August 28, 2011                                      45 notes



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



**Hand selected
beauties mostly in a
daily basis.**



Submit,

[                    ]  Search

**Blog Tools**

Archive
RSS

mamelles:

Marketa Belonoha - Jenny

Filed under Marketa Belonoha - Jenny, string, nose,

🔲  ilikeklf liked this

🔲  tm58 reblogged this from mamelles

🔲  waterdemon69 reblogged this from tm58

# Only The Beautiful Sets

+ Follow    Join tumblr.

Here it goes
20 to 30 posts a day, I spend a lot of time tagging the pics so worth checking them for more images
All submissions/requests welcome. THIS SITE IS 18+; THIS SITE CONTAINS ADULT MATERIAL... Enjoy!

Playboy Collection

Iga Wyrwal

Irina Voronina

Aurora Vaillantcourt

Tiffany Taylor sets

Peta Todd

Holly Peers Collection

Tommie Jo Connolly

Sophie Howard Collection

Tess Taylor Collection

Kayleigh Pearson

Archive

Ask me

September 25th, 2011 at 2:49AM



**REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER**



Marketa Belonoha nude