# EXHIBIT 8

**Subject:** DMCA Notice
**From:** Norman Z <normanz@earthlink.net>
**Date:** 10/8/2011 10:51 PM
**To:** John@tumblr.com


October 8, 2011


Dear Mr. Maloney,

Your company appears to be hosting copyrighted images belonging to my company.  I have attached a
number of images that you need to remove.  Every image of a model in the attached Adobe file is
copyrighted by my company.   I have in some cases placed after the infringing images of a particular
model, authorized images of that same model from perfect10.com.  Please provide me with the
names, addresses, email addresses, and telephone numbers of the individuals who have posted the
attached images.


Most if not all of the images in this notice appear on perfect10.com.  Please let me know if you would
like a complimentary username and password.  Please remove all images from your servers that
display Perfect 10 copyright notices.

I swear under penalty of perjury that a) I have a good faith belief that the use of the copyrighted
material in the manner complained of in this notice is not authorized by the copyright holder Perfect
10, Inc., its agent, or the law, b) that the information in this notification is accurate, to the best of my
knowledge, and c) that I am authorized to act on behalf of the owner of the exclusive rights in the
material which is being infringed.


Please contact me if you have any questions about this notice.

Norm Zada, Ph.D.
Perfect 10, Inc.
310-476-0700
normanz@earthlink.net

─ Attachments: ──────────────────────────────────────────────

    infringing images 3.pdf                                                          8.4 MB





# damn i Love pussi!..!



## REDACTED TO DISCOURAGE
## UNAUTHORIZED COPYING FROM PACER





welcome to yet another blog that
appreciates a controversial subject: the
attractiveness of the V-jayJay. Beauty is
ultimately in the eye of the beholder, but
like any fine work of art crafted by the
hands of God, pussi is always beautiful.

i welcome and highly encourage
submissions from all the ready and willing
ladies: submit photos of one of the most
cherished, adored, and worshipped part of
your body. be creative - paints, oils, glitter,
diamonds, pearls - be expressive, be
sexy, be clever, be all of the above.

last but not least: ASK me anything :]

Ask me [                    ]    Search

Submission of Pussi

[                    ]

◉ My blog  ○ All of Tumblr

**+ Follow on tumblr.**

RSS Feed    Random

Archive    Mobile

© 2010–2011    Powered by Tumblr

mamelles:

Luba Shumeyko, Hegre-Art

Reblogged 4 months ago from somai11 (originally from        35 notes
mamelles)

Tagged: Luba Shumeyko, Hegre, .        Source: mamelles

nondescription liked this

+ Follow   👤 Join tumblr.

# HobbyPics





**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



Luba Shumeyko

These are a few of my favourite things ....

I'm a guy who is old enough to know better.

With the exception of my profile picture (that's me), all images, unless otherwise noted, have been taken from the Internet and are assumed to be in the public domain. In the event that there is still a problem or error with copyrighted material, the break of the copyright is unintentional and non-commercial and the material will be removed.

http://fetlife.com/users/19115

If you are not at least 18 years old you are a child and you should not be here. Go and maintain your innocence for as long as you possibly can, there will be plenty of time for you to experience the sort of things posted here when you grow up and become an adult.

Ask me anything   Submit

[                    ]   Search

⊙ My blog  ○ All of Tumblr

+ Follow on tumblr.



Reblogged 9 months ago from centre-ville (originally from allthingssexy)          29 notes

nondescription liked this

 hobbypics reblogged this from centre-ville

shoggoths reblogged this from centre-ville

toplessgirls liked this

centre-ville reblogged this from fleshonfire

firesidedelight liked this

gah46 liked this

Following





+ Follow    ⊥ Join **tumblr.**

# For Her Eyes Only



SUBMIT
ASK
CONTACT
ARCHIVE
RSS

**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



 

# MESOPOTAMIA DIARY

01. SEARCH   02. SUBSCRIBE   03. ARCHIVE   04. RANDOM   05. ASK
06. FACEBOOK   07. TWITTER

NEWER                                                              OLDER



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**

thenewcreme

Luba Shumeyko

Luba Shumeyko

Home    Ask me anything    Submit    Archive    Mobile    RSS

+ Follow    Join tumblr.

Search

# sex is life

**Photo**    June 30, 2011    2 notes

ABOUT



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



*Luba Shumeyko*



of these photos belong to
ease advise and I will
remove.

PEO    OW






# Rizzacazzi

Ask me anything  Anche...

photoset
posts I liked



*Luba Shumeyko*

(Source: . via beautyinjeans)

— *1 month ago with 21 notes*

itsjustnobiema **reblogged this from** croth123
killisbabes **reblogged this from** croth123
rizzacazzi **reblogged this from** beautyinjeans
beautyinjeans **reblogged this from** croth123
stynk **reblogged this from** croth123
mitologiapura **reblogged this from** croth123
only-beautiful-girls **reblogged this from** choosefatalism
hotsexwithbeautiful **reblogged this from** choosefatalism

+ Follow    👤 Join tumblr.

# Sexy Chicks



REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

*Luba Shumeyko*

Reblogged 1 month ago from croth123 (originally from )

21 notes

Source:

 itsjustnobleme reblogged this from croth123

 killisbabes reblogged this from croth123

 rizzacazzi reblogged this from beautyinjeans

beautyinjeans reblogged this from croth123

stynk reblogged this from croth123

mitologianura reblogged this from croth123



I hope you like it the pics remember that you can ask anything you want.

Ask me anything

 Search

⦿ My blog ◯ All of Tumblr

+ Follow on tumblr.

## Latest Tweets 🐦

Photo: nothingunderad: http://t.co/F0N3kSc2

Photo: Big nice #tits #boobs http://t.co/TA29JcfL

Photo: Kristy Dwyer #sexy #boobs http://t.co/ma1vS3Cl

Photo: Tasha Reign #blonde #sexy #lingerie #boobs http://t.co/vY054xQi

Photo: Mary Jane #sexy #boobs http://t.co/LYS9Wjfu

## Following 👤

   

   

   

 

Where Souls Collide - Luba Shumeyko. Look at those HIPS. VERY FUCKABLE.

Case 1:12-cv-03552-DLC   Document 1-3   Filed 05/04/12   Page 11 of 33







# EXHIBIT 9

**Subject:** DMCA Notice
**From:** Norman Z <normanz@earthlink.net>
**Date:** 12/25/2011 10:07 AM
**To:** john@tumblr.com
**BCC:** Melanie Poblete <melanie@perfect10.com>

Dear Mr. Maloney,

Attached please find a DMCA notice.


Please contact me if you have any questions.


Sincerely,


Norm Zada, Ph.D.


310-476-0700

—Attachments:————————————————————————————————

   DMCA 12 25 2011 Luba.pdf                                                    9.3 MB

December 25, 2011

Dear Mr. Maloney,

Your company appears to be hosting copyrighted images belonging to my company.  I have attached a number of images that you need to remove.  Every image of a female model in the attached Adobe file of any significant size, is copyrighted by my company.   I have placed at the end of the notice, authorized images of that same model from perfect10.com.  Please provide me with the names, addresses, email addresses, and telephone numbers of the individuals who have posted the attached images.

Most if not all of the images in this notice appear on perfect10.com.  Please let me know if you would like a complimentary username and password.  Please remove all images from your servers that display Perfect 10 copyright notices.

I swear under penalty of perjury that a) I have a good faith belief that the use of the copyrighted material in the manner complained of in this notice is not authorized by the copyright holder Perfect 10, Inc., its agent, or the law, b) that the information in this notification is accurate, to the best of my knowledge, and c) that I am authorized to act on behalf of the owner of the exclusive rights in the material which is being infringed.

Please contact me if you have any questions about this notice.

Norm Zada, Ph.D.

Perfect 10, Inc.

310-476-0700

normanz@earthlink.net



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





**REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER**





**REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER**





**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



# EXHIBIT 10

**Subject:** DMCA Notice
**From:** Norman Z <normanz@earthlink.net>
**Date:** 12/25/2011 12:03 PM
**To:** john@tumblr.com
**BCC:** Melanie Poblete <melanie@perfect10.com>

Dear Mr. Maloney,

Attached please find a DMCA notice.


Please contact me if you have any questions.


Sincerely,


Norm Zada, Ph.D.

310-476-0700

— Attachments: ───────────────────────────────────────────

DMCA 12 25 2011 Marketa Marisa.pdf                              7.7 MB

December 25, 2011

Dear Mr. Maloney,

Your company appears to be hosting copyrighted images belonging to my company.  I have attached a number of images that you need to remove.  Every image of a female model in the attached Adobe file of any significant size, is copyrighted by my company.   I have placed at the end of the notice, some of the authorized images of those same models from perfect10.com.  Please provide me with the names, addresses, email addresses, and telephone numbers of the individuals who have posted the attached images.

Most if not all of the images in this notice appear on perfect10.com.  Please let me know if you would like a complimentary username and password.  Please remove all images from your servers that display Perfect 10 copyright notices.

I swear under penalty of perjury that a) I have a good faith belief that the use of the copyrighted material in the manner complained of in this notice is not authorized by the copyright holder Perfect 10, Inc., its agent, or the law, b) that the information in this notification is accurate, to the best of my knowledge, and c) that I am authorized to act on behalf of the owner of the exclusive rights in the material which is being infringed.

Please contact me if you have any questions about this notice.

Norm Zada, Ph.D.

Perfect 10, Inc.

310-476-0700

normanz@earthlink.net



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER





**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



http://28.media.tumblr.com/tumblr_lme1nlyufR1qf1a1wo1_500.jpg[12/25/2011 10:21:02 AM]





＋ Follow    👤 Join **tumblr.**    ⊕ Install Theme

# *ama2k46,tumblr!?*

RSS   ARCHIVE

**SEPTEMBER 27, 2011**







**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**

