UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERFECT 10, INC., | 12 Civ. 3552 (DLC) |
| Plaintiff, | ECF Case |
| -against- | |
| TUMBLR, INC., | **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendant. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Rachel Marie Kassabian, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Tumblr, Inc. in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:   May 10, 2012
         New York, NY

Respectfully submitted,

*/s/ Rachel Marie Kassabian*

Rachel Marie Kassabian
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
rachelkassabian@quinnemanuel.com



**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 11, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RACHEL MARIE HERRICK, #191060 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1997; that at her request, on December 17, 2008, her name was changed to RACHEL MARIE KASSABIAN on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERFECT 10, INC.,

                Plaintiff,

-against-

TUMBLR, INC.,

                Defendant.

12 Civ. 3552 (DLC)

ECF Case

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

      Upon the motion of Rachel Marie Kassabian for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

            Rachel Marie Kassabian
            Quinn Emanuel Urquhart & Sullivan, LLP
            555 Twin Dolphin Dr., 5th Floor
            Redwood Shores, CA 94065
            Telephone: (650) 801-5000
            Facsimile: (650) 801-5100
            rachelkassabian@quinnemanuel.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Tumblr, Inc. in the above-captioned action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated:                                                        _____
                                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $               SDNY RECEIPT#

## CERTIFICATE OF SERVICE

I, Todd Anten, hereby certify that on May 18, 2012 the Motion for Admission *Pro Hac Vice* of Rachel Marie Kassabian and the and proposed Order for Admission *Pro Hac Vice* on Written Motion for Rachel Marie Kassabian, in *Perfect 10, Inc. v. Tumblr, Inc.*, 12 Civ. 3552 (DLC), were served by first-class mail upon the following counsel of record:

> Nancy E. Wolff
> COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
> 41 Madison Avenue, 34th Floor
> New York, NY 10010
> Telephone: (212) 974-7474
> Fax: (212) 974-8474
> Email: nwolff@cdas.com
> Email: elackman@cdas.com
> Email: mkaplan@cdas.com

Dated: May 18, 2012

*/s/ Todd Anten*

Todd Anten
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7192
Facsimile: (212) 849-7100