**MEMO ENDORSED**

WRITER'S DIRECT DIAL NO.
(650) 801-5005

WRITER'S INTERNET ADDRESS
rachelkassabian@quinnemanuel.com

June 7, 2012

**VIA HAND-DELIVERY**

Honorable Denise L. Cote
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

6/11/2012

Re:     **Perfect 10, Inc. v. Tumblr, Inc., Case No. 12 Civ. 3552 (DLC)**

Dear Judge Cote:

This firm represents defendant Tumblr, Inc. in the above-captioned action.  As lead counsel, I write pursuant to Your Honor's Order dated May 9, 2012 (Dkt #3) to respectfully request an adjournment of the upcoming Initial Pretrial Conference, currently scheduled to take place on June 15, 2012 at 3:30 P.M, due to a scheduling conflict.  Specifically, I have a previously scheduled hearing in another pending action in San Francisco on the afternoon of June 14 that prevents me from traveling to New York in time to attend the conference at its currently scheduled date.  I have conferred with counsel for plaintiff Perfect 10, Inc., who consents to adjournment.  It is our understanding, after speaking with Your Honor's Chambers, that the Court has availability on its schedule to hold the Initial Pretrial Conference on **Friday, June 22, 2012 at 12:30 P.M.**—a date and time when all counsel in this action are available.  We therefore respectfully request that the Initial Pretrial Conference for this action be adjourned to that date and time.

Respectfully submitted,

*Rachel Herrick Kassabian*

Granted.
/Denise Cote
June 11, 2012

Rachel Herrick Kassabian

cc:     Nancy E. Wolff, Esq., counsel for plaintiff (by email)
        Eleanor M. Lackman, Esq., counsel for plaintiff (by email)
        Matthew A. Kaplan, Esq., counsel for plaintiff (by email)