UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERFECT 10, INC.,

              Plaintiff,

  -against-

TUMBLR, INC.,

              Defendant.

No. 12 Civ. 3552 (DLC)

ECF Case

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Tumblr, Inc., through its attorneys, hereby certifies the following: Tumblr, Inc. has no parent company, and no publicly held corporation owns more than 10% of Tumblr, Inc.'s stock.

Dated: June 12, 2012
      New York, New York

      Respectfully submitted,
      TUMBLR, INC.

      s/   Rachel Herrick Kassabian
      Rachel Herrick Kassabian
      QUINN EMANUEL URQUHART & SULLIVAN, LLP
      555 Twin Dolphin Drive, 5th Floor
      Redwood Shores, CA 94065
      Email: rachelkassabian@quinnemanuel.com
      Telephone:  (650) 801-5000
      Facsimile:  (650) 801-5100

      Todd Anten
      QUINN EMANUEL URQUHART & SULLIVAN, LLP
      51 Madison Avenue, 22nd Floor
      New York, New York  10010
      Email: toddanten@quinnemanuel.com
      Telephone:  (212) 849-7000
      Facsimile:  (212) 849-7100

      *Attorneys for Tumblr, Inc.*