USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2012

Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERFECT 10, INC.,

                Plaintiff,

-against-

TUMBLR, INC.,

                Defendant.

No. 12 Civ. 3552 (DLC)

ECF Case

**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties, that plaintiff Perfect 10, Inc. and defendant Tumblr, Inc. hereby request dismissal of the above-referenced action with prejudice pursuant to Fed. R. Civ. P. 41(a), with each side to bear its own costs and fees.

_____
Nancy E. Wolff
Eleanor M. Lackman
Matthew A. Kaplan
COWAN, DEBAETS, ABRAHAMS &
  SHEPPARD LLP
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474
(212) 974-8474 (Facsimile)

*Attorneys for plaintiff Perfect 10, Inc.*
Dated: July 26, 2012

_____
Rachel Herrick Kassabian
Todd Anten
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York NY 10010
(212) 849-7000
(212) 849-7100 (Facsimile)

*Attorneys for defendant Tumblr, Inc.*
Dated: July 27, 2012

**SO ORDERED:**

Dated: August 2, 2012

_____
UNITED STATES DISTRICT JUDGE COTE